UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRIE VIDAURRI,<br><br>    Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. 10-CV-02021-LJ0-SMS<br><br>**ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE** |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this matter shall be dismissed with prejudice as to Defendant.  Each party is to bear their own costs and attorney's fees.

The Clerk is directed to close this action administratively.

IT IS SO ORDERED.

Dated: __**June 17, 2011**__            __/s/ Lawrence J. O'Neill__
                                                                    UNITED STATES DISTRICT JUDGE